**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**HAROLD SHAWGNESSY SIMS**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 3:22-cv-00230-KGB**

**JONESBORO POLICE DEPARTMENT,**
*et al.*                                                                                      **DEFENDANTS**

## ORDER

When plaintiff Harold Shawgnessy Sims filed this lawsuit, he did not pay the filing fee or file a motion to proceed *in forma pauperis* (Dkt. No. 1).  He must do so to pursue his claims.  As a result, on September 23, 2022, the Court entered a show cause Order to require Mr. Sims to pay the $402.00 filing fee in full or file a motion to proceed *in forma pauperis* within 30 days of the entry of the show cause Order (Dkt. No. 5).  The Court notified Mr. Sims that failure to do so within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*).  *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.  The Court also directed the Clerk of the Court to send Mr. Sims a copy of an *in forma pauperis* application (*Id.*).

The Court observes that, after the Court's September 23, 2022, Order, Mr. Sims twice filed a notice of change of address (*see* Dkt. Nos. 6, 10).  Based on the Court's review of the docket, on each occasion a copy of the Court's September 23, 2022, Order and an *in forma pauperis* application were mailed to Mr. Sims.  As of the date of this Order, Mr. Sims has not complied with or otherwise responded to the Court's September 23, 2022, Order, and the time to do so has passed.  Accordingly, Mr. Sims's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1).  The Court certifies, pursuant to pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 27th day of January, 2023.

Kristine G. Baker
United States District Judge