IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HAROLD SHAWGNESSY SIMS**  **PLAINTIFF**

v.  Case No. 3:22-cv-00230-KGB

**JONESBORO POLICE DEPARTMENT,**
*et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Harold Shawgnessy Sims's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the requested relief.

So adjudged this 27th day of January, 2023.

_____
Kristine G. Baker
United States District Judge