IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HAROLD SHAWGNESSY SIMS**                                                      **PLAINTIFF**

v.                         **Case No. 3:22-cv-00230-KGB**

**JONESBORO POLICE DEPARTMENT,**
*et al.*                                                                                **DEFENDANTS**

## ORDER

Before the Court is *pro se* plaintiff Harold Shawgnessy Sims' August 14, 2023, filing docketed as a motion for copies (Dkt. No. 19). Mr. Sims states that he "wish[es] to [proceed] *pro se* on the personal capacity of the original case . . . . [and that he has] already paid the Court fees" (*Id.*). Mr. Sims goes on to say that he needs four 42 U.S.C. § 1983 complaint forms and "copies of all the most recent cases [he] have [sic] filed" (*Id.*).

The Court construes Mr. Sims' filing to be a motion for a status update in this matter and a request for four copies of the 42 U.S.C. § 1983 complaint form. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (explaining that courts give *pro se* filings a liberal construction). The Court grants Mr. Sims' request for a status update and informs him that the Court dismissed without prejudice this case on January 27, 2023, for Mr. Sims' failure to prosecute (Dkt. Nos. 13–14). The Court also grants Mr. Sims' request for four copies of the 42 U.S.C. § 1983 complaint form. The Clerk of Court shall send Mr. Sims four copies of the 42 U.S.C. § 1983 complaint form, in addition to a copy of this Order and the Court's January 27, 2023, Order and Judgment dismissing this case without prejudice (Dkt. Nos. 13–14).

It is so ordered this 16th day of August, 2023.

Kristine G. Baker
United States District Judge