IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HAROLD SHAWGNESSY SIMS**                                                                                   **PLAINTIFF**

v.                          **Case No. 3:22-cv-00230-KGB**

**JONESBORO POLICE DEPARTMENT,**
*et al*.                                                                                                                **DEFENDANTS**

**ORDER**

Before the Court is *pro se* plaintiff Harold Shawgnessy Sims's motion for copies and notice of change of address (Dkt. No. 23). Mr. Sims requests two 42 U.S.C. § 1983 complaint forms, copies of "all [his] past cases [he] filed along with the most recent one against the personal capacity officers" of the Jonesboro Police Department. (*Id*.). Finally, he requests addresses to "all the local offices [sic] listings at the federal building in Little Rock" (*Id*.). The Court grants, in part, and denies, in part, his motion (*Id.*).

The Court grants Mr. Sims's request for two copies of the 42 U.S.C. § 1983 complaint form (*Id*.). The Court instructs the Clerk to send Mr. Sims two copies of the 42 U.S.C. § 1983 complaint form. In addition, the Court grants, in part, Mr. Sims's request for a copy of this case, and the Court instructs the Clerk to send to Mr. Sims a copy of this Order, the docket sheet in this matter, and the Court's January 27, 2023, Order and Judgment dismissing this case without prejudice (Dkt. Nos. 13–14). If Mr. Sims wishes to receive additional documents in this case, he may file an additional motion for copies and request those documents of which he seeks copies by including their docket number in his written motion.

The Court denies Mr. Sims's request for copies of other cases (Dkt. No. 23). Mr. Sims may seek copies of particular documents in other cases by filing a motion for copies with the Clerk that references the individual case by its case number. The Court notes that Mr. Sims filed at least

three other cases that were assigned to this Court: *Sims v. Saddler et al*, Case No. 4:18-cv-657, *Sims v. M. Ballard*, Case No. 4:18-cv-877, and *Sims v. Jansan/Jhonson et al*, Case No. 4:22-cv-737. All three of these cases are closed.

The Court denies Mr. Sims's request for addresses for all offices within the federal building (Dkt. No. 23).

It is so ordered this 5th day of September, 2024.

                                                          _____
                                                          Kristine G. Baker
                                                          Chief United States District Judge